Commonwealth *v.* Senk, Appellant.

Submitted May 26, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Gailey C. Keller,* for appellant.

*Nickolas B. Piazza,* Assistant District Attorney, and *Howard R. Berninger,* District Attorney, for Commonwealth, appellee.

Opinion per Curiam, November 17, 1972:

Order affirmed. The sentence of death is vacated and appellant is sentenced to life imprisonment.

The former Mr. Chief Justice Bell and the late Mr. Justice Cohen took no part in the decision of this case.